| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Mikesell Trading LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  1370 Collective** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-0615283** |
| 4. | Debtor's address | **Principal place of business**<br><br>**10428 Bluegrass Parkway**<br>**Louisville, KY 40299**<br>Number, Street, City, State & ZIP Code<br><br>**Jefferson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **1370collective.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Mikesell Trading LLC**  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4482__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Mikesell Trading LLC**                                    Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
        Contact name
        Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 3

Debtor   **Mikesell Trading LLC**                                                                    Case number (*if known*)
                  Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Mikesell Trading LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 24, 2024**
MM / DD / YYYY

**X** **/s/ Evan Mikesell**                                                         **Evan Mikesell**
Signature of authorized representative of debtor                 Printed name

Title   **Director of Operations**

**18. Signature of attorney**

**X** **/s/ Charity S. Bird**                                                         Date  **May 24, 2024**
Signature of attorney for debtor                                                 MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone  **(502) 540-8285**        Email address  **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

## RESOLUTION OF THE SOLE MEMBER OF MIKESELL TRADING LLC

### May 14, 2024

The undersigned, being the sole member of **MIKESELL TRADING LLC** (the "Company"), hereby adopts the following recitals and resolutions pursuant to the Operating Agreement of the Company, dated on or around May 21, 2018 (the "Company Agreement"). Capitalized terms not otherwise defined herein have the meaning set forth in the Company Agreement.

**WHEREAS**, the Member has determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Member has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Evan T. Mikesell, as Member of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Evan T. Mikesell, as Member of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Mikesell may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

**IN WITNESS WHEREOF**, the sole member has executed this Resolution on the date first written above.

_____
Evan T. Mikesell, Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mikesell Trading LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 24, 2024**         X **/s/ Evan Mikesell**
                                        Signature of individual signing on behalf of debtor

                                        **Evan Mikesell**
                                        Printed name

                                        **Director of Operations**
                                        Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mikesell Trading LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | Credit card charges | | | | $118,121.80 |
| Capital One PO Box 105474 Atlanta, GA 30348-5474 | | Credit card charges | | | | $9,696.42 |
| Elan Polo, Inc. 2005 Walton Rd Saint Louis, MO 63114 | | | | | | $55,000.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | Disputed Subject to Setoff | | | Unknown |
| Kentucky Department of Revenue PO Box 5222 Frankfort, KY 40602 | | | Disputed Subject to Setoff | | | Unknown |
| Legend Advance Funding 800 Brickell Ave Suite 902 Miami, FL 33131 | | | Disputed | | | $28,180.17 |
| Marcus Goldman Sachs PO Box 45400 Salt Lake City, UT 84145-0400 | | | | | | $103,923.16 |
| Marketplace Valet 240 Teller St Corona, CA 92879 | | | | | | $2,391.83 |

Debtor    **Mikesell Trading LLC**
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Net Sports LLC Exclusive Sports 600 W. John St Hicksville, NY 11801** | | | | | | $6,984.00 |
| **One Source Logistics, LLC PO Box 34697 Louisville, KY 40232** | | | | | | $576.25 |
| **Pajar Canada 4509 Av. Coloniale Montreal, QC H2T 1V8 CANADA** | | | | | | $6,810.64 |
| **Puma North America Inc. 10 Lyberty Way Westford, MA 01886** | | | | | | $68,816.54 |
| **SellersFunding Corp 1290 Weston Road Suite 306 Weston, FL 33326** | | **All tangible and intangible personal property** | | $152,684.41 | $675,609.49 | $111,373.35 |
| **SellersFunding Corp 1290 Weston Road Suite 306 Weston, FL 33326** | | **All tangible and intangible personal property** | | Unknown | $675,609.49 | Unknown |
| **Unishippers Global Logistics LLC LRH Solutions Inc 119 Evergreen Road PO Box 436191 Louisville, KY 40243** | | | | | | $8,795.71 |
| **Vida Shoes International 29 West 56th St. New York, NY 10019** | | | | | | $69,300.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Mikesell Trading LLC**                                    Case No.
                                Debtor(s)                          Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of Operations of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 24, 2024**                    **/s/ Evan Mikesell**
                                           **Evan Mikesell**/**Director of Operations**
                                           Signer/Title

Amazon Capital Services, Inc.
410 Terry Ave. N.
Seattle, WA 98109

American Express
PO Box 981535
El Paso, TX 79998-1535

Capital One
PO Box 105474
Atlanta, GA 30348-5474

Corporation Service Company
for: SellersFunding
801 Adlai Stevenson Drive
Springfield, IL 62703

Corporation Service Company
for: Rapid Finance
801 Adlai Stevenson Drive
Springfield, IL 62703

Elan Polo, Inc.
2005 Walton Rd
Saint Louis, MO 63114

Fasanara Securitisation S.A.
For: Compartment L
36-38 Grand- Rue
Grand Duchy of Luxembourg LU L-1660

Harmon Shoes Of Kentucky LLC
2855 Nepperhan Rd
Louisville, KY 40218

Highland Brands LLC
10428 Bluegrass Pkwy
Louisville, KY 40299

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kentucky Department of Revenue
PO Box 5222
Frankfort, KY 40602

Legend Advance Funding
800 Brickell Ave
Suite 902
Miami, FL 33131

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

```
Marcus Goldman Sachs
PO Box 45400
Salt Lake City, UT 84145-0400

Marketplace Valet
240 Teller St
Corona, CA 92879

Martinez Law PA
Attn: Christopher A. Martinez
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, FL 33134

MCK Investments & Consulting LLC
Matt Kubancik
11403 Saratoga Ridge Dr
Louisville, KY 40299

Evan Mikesell
2855 Nepperhan Road
Louisville, KY 40218

Net Sports LLC
Exclusive Sports
600 W. John St
Hicksville, NY 11801

Office of the U. S. Attorney
Western District of Kentucky
For: Internal Revenue Service
717 West Broadway
Louisville, KY 40202

Office of the U. S. Attorney
Western District of Kentucky
For: U.S. Small Business Administration
717 West Broadway
Louisville, KY 40202

One Source Logistics, LLC
PO Box 34697
Louisville, KY 40232

Pajar Canada
4509 Av. Coloniale
Montreal, QC H2T 1V8
CANADA

Puma North America Inc.
10 Lyberty Way
Westford, MA 01886
```

```
Rapid Finance
4500 East West Hightway
6th Floor
Bethesda, MD 20814

SellersFunding Corp
1290 Weston Road Suite 306
Weston, FL 33326

Unishippers Global Logistics LLC
LRH Solutions Inc
119 Evergreen Road
PO Box 436191
Louisville, KY 40243

US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Vida Shoes International
29 West 56th St.
New York, NY 10019

Weston Inc.
1800 Production Court
Louisville, KY 40299
```

# United States Bankruptcy Court
### Western District of Kentucky

In re  **Mikesell Trading LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Mikesell Trading LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 24, 2024**  
Date

**/s/ Charity S. Bird**  
**Charity S. Bird**  
Signature of Attorney or Litigant  
Counsel for  **Mikesell Trading LLC**  
**Kaplan Johnson Abate & Bird LLP**  
**710 West Main Street**  
**Fourth Floor**  
**Louisville, KY 40202**  
**(502) 540-8285 Fax:(502) 540-8282**  
**cbird@kaplanjohnsonlaw.com**