UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**MIKESELL TRADING LLC**                           CASE NO. 24-31363 (3)

CHAPTER 11

Debtor(s)

---

### ORDER FOR SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE

---

In accordance with Subchapter V of Chapter 11 of Title 11 of the United States Bankruptcy Code,

IT IS HEREBY ORDERED that a status conference shall be held on **July 23, 3024 at 10:00 AM Eastern Time at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202.** The debtor-in-possession and the attorney for the debtor-in-possession shall appear.

At this conference, the following matters will be addressed:

(1)  The appointment and fees of professionals.

(2) The obligations of the debtor-in-possession under Chapter 11.

(3) A deadline for filing a plan and/or disclosure statement.

(4) Any special issues in the case including, but not limited to, the appointment of a patient care ombudsman.

(5) Whether and when adversary proceedings might be filed.

(6) Cash collateral matters.

(7) A claims bar date.

(8) A deadline for motions to assume or reject under 11 U.S.C. § 365(d).

(9) The contents of the debtor's Status Conference Report, including efforts made to attain a consensual plan, pursuant to 11 U.S.C. §1188(c).

(10) Establishing deadlines for proof of claims and for creditors to make elections, if appropriate under 11 U.S.C. §1111(b)

IT IS FURTHER ORDERED that  pursuant to 11 U.S.C. §1188(c), the debtor shall file a status conference report that substantially complies with Local Form X.  The debtor shall file said status report with Court, the trustee and the United States Trustee  fourteen (14) days prior to date of the status conference herein.

Creditors are invited, but not required, to attend.

The debtor's attorney shall <u>immediately</u> serve a copy of this order, without attachments, on the 20 largest creditors, all secured creditors, and the U.S. Trustee's Office.  The debtor's attorney shall file a proof of service.  The failure of the debtor to comply with terms of this order may result in dismissal.

alo