UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| In re: | |
|---|---|
| MIKESELL TRADING LLC | Case No. 24-31363-jal |
| Debtor | Chapter 11 |

**ORDER SETTING EXPEDITED HEARING**

This matter came before the Court upon the Emergency Motion to Expedite Hearing (the "Motion") filed by Mikesell Trading LLC (the "Debtor"). The Court having determined that the relief requested in the Motion is in the best interests of Debtor, its estate, and creditors; notice having been given, and considering also the circumstances and nature of the relief requested, it appearing that no other notice of the Motion and the relief requested therein need by given; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that an expedited hearing on Debtor's *Emergency Motion for Authority to Use Cash Collateral on an Interim Basis* (the "Emergency Motion") is hereby set for 6/13/24, at 12:00 pm, Eastern Time, in Courtroom #1, 5th Floor, 601 West Broadway, Louisville, Kentucky 40202; and No video conferencing is available for this hearing.

IT IS FURTHER ORDERED that service of notice of the Emergency Motion and the expedited hearings thereon mailed, emailed, or faxed to (1) all creditors known to have or assert an interest in property of Debtor's bankruptcy estate, (2) all counsel of record; (3) the United States Trustee; (4) the subchapter V trustee; (5) all entities identified on the *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* filed with Debtor's petition for relief; (6) all governmental units identified in the mailing matrix maintained this

chapter 11 bankruptcy case; and (7) all persons who have filed a request to receive such notices in this case is deemed to be sufficient and adequate notice under the circumstances and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules.

COUNSEL FOR THE MOVANT SHALL PROVIDE NOTICE OF THIS HEARING TO ALL INTERESTED PARTIES AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT INDICATING THAT SERVICE HAS BEEN COMPLETED.