UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**MIKESELL TRADING LLC**                              CASE NO. **24-31363 (1)**

                                                      CHAPTER 11

### ORDER SETTING CONFIRMATION HEARING AND RELATED DEADLINES

On May 24, 2024, the above-referenced Debtor filed a Plan under Subchapter V of Chapter 11 of the Bankruptcy Code, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that a hearing to consider confirmation of the Debtor's Chapter 11 Plan is scheduled for **October 22, 2024 at 10:00 AM (Eastern Time) in Courtroom #1, Fifth Floor, Gene Snyder Courthouse, 601 W. Broadway, Louisville, Kentucky.** If any party in interest is objecting to confirmation of the Debtor's Plan, said objection shall be filed with the Court no later than seven (7) days prior to the scheduled hearing, and a copy of the objection shall be served upon counsel for the Debtor and the United States Trustee.

IT IS FURTHER ORDERED that counsel for the Debtor shall mail copies of this order, the plan of reorganization, and ballot to the trustee, the United States Trustee, and all scheduled creditors and parties in interest, and file a certificate of mailing with the Court no later than seven (7) days prior to the date of hearing. Ballots shall be mailed to counsel for the Debtor. Counsel for the Debtor shall file a tabulation of the ballots with the Court no later than two (2) business days prior to the date of the confirmation hearing.

amg